FILED: June 23, 2025

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 25-9517

In the Matter of:

Eric Chibueze Nwaubani,

Respondent.

---

O R D E R

---

Upon consideration of the show cause response and request for hearing filed by Eric Chibueze Nwaubani, and in accordance with 4th Cir. R. 46(g), the Standing Panel on Attorney Discipline directs the clerk to schedule formal briefing and oral argument to address the matters that bear on conduct with respect to this Court which violates the rules of professional conduct or responsibility.

The clerk shall appoint prosecuting counsel pursuant to 4th Cir. R. 46(g)(10). Respondent may request appointment of counsel upon a showing of indigency. In Forma Pauperis Affidavit.

Finding it appropriate that further proceedings in this case be made public, the court assigns this case to the public docket. Absent the filing and granting of a motion to

seal, additional filings shall be made to the electronic public docket, and oral argument will be open to the public.

Entered at the direction of Judge Quattlebaum with the concurrence of Judge Rushing and Judge Benjamin.

For the Court

/s/ Nwamaka Anowi

CLERK